DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**BATOUL DARWISH,**
Appellant,

v.

**THE BANK OF NEW YORK MELLON,** f/k/a **THE BANK OF NEW YORK,** as Trustee for **THE CERTIFICATEHOLDERS OF CWMBS 2003-60,**
Appellee.

No. 4D22-374

[February 16, 2023]

Appeal from the Circuit Court of the Seventeenth Judicial Circuit, Broward County; Andrea Gundersen, Judge; L.T. Case No. CACE09-041676

Nicole R. Moskowitz of Neustein Law Group, P.A., Aventura, for appellant.

Hallie S. Evans, of Troutman Pepper Hamilton Sanders LLP, Atlanta, Georgia, for appellee.

PER CURIAM.

*Affirmed.*

DAMOORGIAN, GERBER and FORST, JJ., concur.

\*      \*      \*

***Not final until disposition of timely filed motion for rehearing.***